No. 90–1822.  SANCHEZ *v.* CITY OF SANTA ANA, CALIFORNIA; and

No. 90–1979.  CITY OF SANTA ANA *v.* SANCHEZ.  C. A. 9th Cir.  Certiorari denied.  Reported below: 915 F. 2d 424.

No. 90–1825.  NORTHWEST RACQUET SWIM & HEALTH CLUBS, INC. *v.* RESOLUTION TRUST CORPORATION ET AL.; and

No. 90–1851.  ADAMS *v.* RESOLUTION TRUST CORPORATION ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: No. 90–1825, 927 F. 2d 355; No. 90–1851, 927 F. 2d 348.

No. 90–1826.  FLETCHER ET UX. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1827.  PULLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1829.  701 PHARMACY CORP. ET AL. *v.* PERALES, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1830.  BOYD COUNTY BOARD OF EDUCATION *v.* UNITED STATES FIDELITY & GUARANTY CO.  C. A. 6th Cir.  Certiorari denied.

No. 90–1831.  MITCHELL *v.* G. SERVICES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–1833.  NEW YORK *v.* BLOUNT.  Ct. App. N. Y.  Certiorari denied.

No. 90–1834.  WADE ET UX. *v.* SHOOK, TRUSTEE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–1836.  MINNICKS, EXECUTRIX OF THE SUCCESSION OF MISTICH *v.* MISTICH ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 90–1838.  LUSKIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–1839.  MR. FURNITURE WAREHOUSE, INC., ET AL. *v.* BARCLAYS/AMERICAN COMMERCIAL, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.